**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
DEMOS P. DEMOPOULOS, MICHAEL
SPINELLI, LAWRENCE CUOMO, and ROBERT
PATRIZIO, as Trustees and Fiduciaries of the Local
584 PENSION TRUST FUND,

                                                                                        **DEFAULT JUDGMENT**
                     Plaintiffs,                           CV 21-143 (JS) (AYS)

       - against -

ROLLIN DAIRY CORP.,

                   Defendant.
----------------------------------------------------------------X

      A Minute Order of Honorable Joanna Seybert, United States District Judge, having been filed on April 21, 2022; granting Plaintiff's motion for a default judgment; awarding Plaintiff: (1) $155,328.00 in delinquent contributions, (2) $49,640.47 in interest, (3) $49,640.47 in liquidated damages, (4) $9,262.50 in attorney's fees, and (5) $423.77 in legal costs; and respectfully directing the Clerk of the Court to enter judgment accordingly and mark this case closed, it is

      **ORDERED AND ADJUDGED** that Plaintiffs' motion for a default judgment is granted; that Plaintiffs Demos P. Demopoulos, Michael Spinelli, Lawrence Cuomo, and Robert Patrizio, as Trustees and Fiduciaries of the Local 584 Pension Trust Fund are awarded a default judgment as against Defendant Rollin Dairy Corp., in the amount of $264,295.21; and that this case is closed.

Dated: May 2, 2022
       Central Islip, New York

                                                                      BRENNA B. MAHONEY
                                                                      CLERK OF THE COURT

                                                     BY:    /s/ JAMES J. TORITTO
                                                                             DEPUTY CLERK